UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 05-CR-10186-MLW |
| | ) | |
| | ) | |
| DAVID T. LACKENBY | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that George F. Gormley, hereby files his notice of appearance on behalf of David T. Lackenby, Defendant, in the above entitled matter.

Respectfully submitted,
**DAVID LACKENBY**
By his attorney,

/s/ George F. Gormley

_____

George F. Gormley
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999
BBO No. 204140

**Dated**: March 25, 2008