UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 05-CR-10186-MLW |
| | ) | |
| DAVID T. LACKENBY | ) | |

## REQUEST FOR CONTINUANCE

Now comes DAVID LACKENBY and requests this court continue the hearing presently

scheduled for August 26, 2008 at 3:00 p.m. to a date in September (but not the afternoon of

September 8 or September 10, 2008) convenient to the court and to counsel.

As grounds of this request the undersigned says:

1.    He is scheduled to be in Worcester in the case of United States v. Martin (05-CR-40023-FDS) at a sentencing hearing set for 2:00 p.m. on that day by the Honorable Dennis F. Saylor II.

2.    Frederick Lawton of the United States Probation Department is aware of, and does not oppose this request.

Respectfully submitted,
**DAVID LACKENBY**
By his attorney,

/s/ George F. Gormley
_____
George F. Gormley
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999
BBO No. 204140

**Dated**: July 16, 2008

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2008.

/s George F. Gormley

_____

George F. Gormley