UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10186

| United States | David Lackenby |
|---|---|
| PLAINTIFF | DEFENDANT |
| Dana Gershengorn | George Gormley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/3/08 | Court goes over the procedural history of the case with the parties and then listens to oral arguments on the defendant's motion to reconsider the court's ruling requiring the defendant to disclose his conviction to his current employer. Court denies the motion to reconsider and orders the defendant to inform his employers promptly by 9/10/2008 which shall be verified by probation. |